# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-3726

_____

Sherman Ray Meirovitz

*Plaintiff - Appellant*

v.

Anthony Haynes, Warden, FCI - Forrest City

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena

_____

Submitted: July 14, 2014
Filed: July 17, 2014
[Unpublished]

_____

Before MURPHY, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Sherman Meirovitz appeals the district court's[1] dismissal of his 28 U.S.C. § 2241 petition, in which he raised the same claim that was rejected by this court in his 28 U.S.C. § 2255 proceeding. See Meirovitz v. United States, 688 F.3d 369, 370-72 (8th Cir. 2012). After careful review, we agree with the district court that Meirovitz did not show the section 2255 remedy was inadequate or ineffective. See Lopez-Lopez v. Sanders, 590 F.3d 905, 907 (8th Cir. 2010). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.